## Checco Estate.

Argued March 20, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Edward F. Urbanik,* with him *Royston, Robb, Leonard, Edgecombe, Miller & Shorall,* for appellant.

*Milton I. Watzman,* with him *Watzman and Watzman,* for appellee.

OPINION PER CURIAM, April 23, 1969:
Decree affirmed. Appellant to pay costs.